ROBERT E. STILES, as Administrator of the Estate of JOHN STILES, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Stiles* v. *N. Y. C. & H. R. R. Co.,* 142 App. Div. 917, affirmed.
(Argued January 16, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 11, 1911, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*Charles H. Knipp* and *D. C. Robinson* for appellant.

*Alexander D. Falck* and *John B. Stanchfield* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE and HOGAN, JJ. Not sitting: COLLIN, J.